UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:24cr213(VDO) |
| v. | |
| BENNIE GRAY | March 16, 2026 |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United Stats Court of Appeals for the Second Circuit from the Order on the Defendant's Motion to Suppress, entered February 15, 2026, ECF No. 164.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/ *Nathan J. Guevremont*
NATHAN J. GUEVREMONT
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv207725
157 Church Street, Floor 25
New Haven, CT 06510
203-821-3700

<u>CERTIFICATE OF SERVICE</u>

   This is to certify that on March 16, 2026, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. A copy of this filing will be sent via regular mail to the pro se defendant.

          */s/ Nathan J. Guevremont*

          NATHAN J. GUEVREMONT
          ASSISTANT U.S. ATTORNEY